IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| AARON JORDAN,<br><br>*Plaintiff,*<br><br>v.<br><br>WALTON COUNTY, *et al.,*<br><br>*Defendants.* | CIVIL ACTION NO.<br>**3:26-cv-00044-TES** |

ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

On May 15, 2026, the Court dismissed Plaintiff's claims as frivolous. [Doc. 7]. Plaintiff now files a Notice of Appeal and a Motion for Leave to Appeal *In Forma Pauperis* ("IFP"). [Doc. 9]; [Doc. 10]. Applications to appeal IFP are governed by 28 U.S.C. § 1915 and Fed. R. App. P. 24. Under these authorities, "the Court must make two determinations when faced with an application to proceed [IFP]. First, it must determine whether the plaintiff is financially able to pay the filing fee required for an appeal." *Brewster v. Smith*, No. 4:23-CV-00165-CDL-MSH, 2024 WL 3297680, at *1 (M.D. Ga. June 4, 2024). Here, Plaintiff's Motion indicates he can't pay the filing fee. [Doc. 10].

"Next, the Court must determine if the plaintiff has satisfied the good faith requirement." *Id.* "'[G]ood faith' . . . must be judged by an objective standard." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). The plaintiff demonstrates good faith when he seeks review of a non-frivolous issue. *Id.*; *Morris v. Ross*, 664 F.2d 1032, 1033 (11th Cir.

1

1981). An issue "is frivolous if it is 'without arguable merit either in law or fact.'" *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002). "Arguable means being capable of being convincingly argued." *Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991) (quotation marks and citations omitted); *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) ("[A] case is frivolous . . . when it appears the plaintiff 'has little or no chance of success.'") (citations omitted). "In deciding whether an [IFP] appeal is frivolous, a district court determines whether there is 'a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" *Sun*, 939 F.2d at 925 (citations omitted).

Here, Plaintiff's Notice of Appeal is without factual or legal basis. Plaintiff claims he appeals the "Judgement Order of Dismissal regarding erroneous facts against the (disabled) plaintiff . . . ." [Doc. 9, p. 1]. What are the "erroneous facts?" The Court's Order "suggest[ed] he locked himself inside of the closet," but "[t]he water closet door has no lock on it." [*Id.*]. This fact is not material to any of Plaintiff's original claims. Appealing such a fact is therefore meritless. Accordingly, Plaintiff does not satisfy the good faith requirement, and his Motion for Leave to Appeal IFP is **DENIED**. [Doc. 10].

**SO ORDERED**, this 4th day of June, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2